Annie Sauter, appellee, v. John T. Saracino, appellant. Gen. No. 25,710.

Suit for damages for personal injuries sustained in an automobile collision. Judgment for plaintiff after remittitur. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Cavender & Kaiser, for appellant. Lynn & Hallam, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Frederick G. Ruff, appellee, v. F. C. Harris, appellant. Gen. No. 25,724.

Suit in forcible detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed June 18, 1921.

Harry A. Fleck, for appellant. Max C. Liss, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Chicago Wood & Coal Company, appellee, v. Southern Coal, Coke & Mining Company, appellant. Gen. No. 25,549.

Suit for breach of contract to deliver coal to plaintiff. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Pomeroy & Martin, for appellant. A. G. Dicus and A. D. Gash, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Joseph Sablotny, appellee, v. Illinois Interior Finish Company, appellant. Gen. No. 25,581.

Suit for damage to plaintiff's truck while hired to defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Claude J. Dalenberg, for appellant. John J. Poulton, Thomas A. Green and Roy C. Merrick, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

American Steel Spring Company, appellant, v. Bell & Zoller Coal Company, appellee. Gen. No. 25,607.

Suit for damages for breach of warranty of coal. Judgment for defendant in set-off. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Hugh O'Neill, for appellant. Ryan, Condon & Livingston, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.